By the Court.
 

 “It is a fundamental rule that, as between courts of concurrent and coextensive jurisdiction, the one whose power is first invoked by the institution of, proper proceedings and the service of the required process acquires the right to adjudicate upon the whole issue and to' settle the rights of the parties to the exclusion, of all other tribunals. This rule obtains., in divorce actions. * * * ” 14 Ohio Jurisprur dence,. 410, .Section 30. See, also, 11 Ohio Jurisprudence, 726, Section 81, citing
 
 Ex parte Bushnell,
 
 8 Ohio St., 599, and other authorities.
 

 The writ of prohibition will be issued as prayed for in the petition.
 

 Writ allowed.
 

 •' Weygandt, C. J., Matthias, Hart, Zimmerman, Bell, Williams and Turner, JJ., concur.